# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OHIO CARPENTERS' PENSION FUND, et al., | ) ) ) | CASE NO. 1:07CV434 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) ) | **ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| PARAGON CONSTRUCTION OF OHIO, INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

Before the Court is Plaintiffs' Motion for Default Judgment (Docket No. 10), filed May 18, 2007.

It is apparent from the pleadings that Plaintiffs have abandoned any and all claims they have against Dennis Angerstein. As such, Plaintiffs' claims against Mr. Angerstein are **STRICKEN**. As to the two remaining defendants, this Court finds that said Defendants were served with a summons and complaint on April 16, 2007 and have failed to answer or otherwise defend this action within the time prescribed by law. Neither Defendant is an infant or an incompetent person, and Plaintiffs' claim against Defendants is for a sum certain or for a sum which can by computation be made certain. Accordingly, default judgment pursuant to Federal Rule of Civil Procedure 55 is appropriate.

Accordingly, upon the evidence presented, judgment is hereby entered in favor of Plaintiffs Board of Trustees of the Ohio Carpenters' Pension Fund, Board of Trustees of the Cleveland and Vicinity Carpenters' Hospitalization Fund, Board of Trustees of the Carpenters' Joint Apprenticeship Training Program, Board of Trustees of the Ohio Carpenters' Annuity Fund, and Ohio and Vicinity Regional Council of Carpenters and Joiners of America, and against Defendants Paragon Construction of Ohio Inc. and David Snyder in the amount of $110,449.32 with interest from the date of this judgment pursuant to 26 U.S.C. § 6621.

This case is closed.

**IT IS SO ORDERED**.

Dated: July 23, 2007          *s/  Sara Lioi*
                              **HON. SARA LIOI**
                              **UNITED STATES DISTRICT JUDGE**